UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

IN RE:

EX PARTE APPLICATION OF ALLAN GREEN, CANDEL &
PARTNERS, AND DIGITAL INNOVATIONS HOLDING FOR
AN ORDER TO TAKE DISCOVERY FOR USE IN A
FOREIGN PROCEEDING UNDER 28 U.S.C. § 1782.

26-MC-166 (JMF)

ORDER

-------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On April 21, 2026, Applicants Allan Green, Candel & Partners SAS, and Digital Innovations Holding LLC filed an application pursuant to 28 U.S.C. § 1782 for an order compelling discovery for use in a foreign proceeding (the "Application").  (Docket No. 1).  Although the Court has authority to address the Application *ex parte*, *see Gushlak v. Gushlak*, 486 F. App'x 215, 217 ("[I]t is neither uncommon nor improper for district courts to grant applications made pursuant to § 1782 *ex parte*."), the Court will not do so absent a demonstrated basis.

If Applicants believes there is a basis to proceed *ex parte*, they shall file a letter motion seeking leave to do so **within three days of the date of this Order**.  In the absence of such a motion, Applicants shall serve on Respondents a copy of the Application and supporting papers, together with a copy of this Order, no later than **five days,** and file proof of such service on the docket.  In addition, Applicants shall serve those same papers on the party against whom the requested discovery is likely to be used — by the same date, also filing proof of service on the docket.  *See Application of Sarrio, S.A.*, 119 F.3d 143, 148 ("[T]he ultimate targets of a § 1782 discovery order issued to third parties have standing to challenge the district court's power to issue a subpoena under the terms of an authorizing statute." (internal quotation marks omitted)).  Respondents and other interested parties shall file any opposition to this Application no later than **two weeks from the date on which they are served**.  Applicants' reply, if any, shall be due **one week from the date upon which the opposition is filed**.

If the parties believe that a conference would be helpful, either before or after the matter is fully briefed, they shall so advise the Court by letter.

SO ORDERED.

Dated:  May 4, 2026
        New York, New York

_____
JESSE M. FURMAN
United States District Judge