UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

IN RE:

EX PARTE APPLICATION OF ALLAN GREEN, CANDEL & PARTNERS, AND DIGITAL INNOVATIONS HOLDING FOR AN ORDER TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING UNDER 28 U.S.C. § 1782

---------------------------------------------------------------------X

26-MC-166 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

As stated on the record during the conference held earlier today:

- The temporal scope of discovery is limited to June 1, 2024, through December 31, 2025.
- Applicants are limited to one deposition, unless and until the Court grants leave for another deposition.
- The Silverpeak Parties shall make an initial production of sale-process and bidding documents by **September 11, 2026**.
- The Silverpeak Parties shall circulate proposed search terms and custodians by **September 9, 2026**.
- The parties shall complete their meet-and-confer process on search terms, custodians, and any other outstanding issues regarding document requests by **September 18, 2026**.
- The Silverpeak Parties shall substantially complete document production by **October 2, 2026**.
- Any depositions shall be completed **within 21 days of substantial completion of document production**.
- No later than **September 4, 2026**, at **12:00 p.m.**, the parties shall file either an agreed-upon proposed protective order or a joint status letter.

For other rulings, see the transcript of today's proceedings.

SO ORDERED.

Dated: September 1, 2026
New York, New York

JESSE M. FURMAN
United States District Judge