KING & RUIZ
LITIGATION BOUTIQUE

October 19, 2026

***VIA CM/ECF***

Honorable Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** ***In re Application of Allan Green et al. for an Order to Take Discovery For Use in a Foreign Proceeding Under 28 U.S.C. § 1782*, 1:26-mc-00166-JMF (S.D.N.Y.)**

Dear Judge Furman:

Pursuant to Rule 7(C) of Your Honor's Individual Rules and Practices and Section 7.1 of the Protective Order (ECF 63), Applicants respectfully request leave to file (1) Exhibits B through F to their letter-motion of today's date (the "Letter-Motion") under seal, and (2) the Letter-Motion itself in redacted form.[1]

Exhibits B through F are documents the Silverpeak Parties produced in this matter and designated "Confidential" under Section 2.2 of the Protective Order. Section 2.2 provides in full:

> "Confidential Information" means any Discovery Material that a Producing Party believes in good faith reflects or contains: (a) non-public, proprietary, or commercially or competitively sensitive business, financial, or transactional information; (b) information that the Producing Party is contractually or legally bound to maintain in confidence, including under any non-disclosure or confidentiality agreement or applicable law (such as the EU General Data Protection Regulation); (c) sensitive personal information, including personal financial information, home addresses, personal contact information, or other private details concerning an identified or identifiable individual; or (d) any other information that the Producing Party believes in good faith is entitled to protection under Rule 26(c)(1)(G) of the Federal Rules of Civil Procedure. Confidential Information does not include information that is, or later becomes, generally available to the public through no breach of this Protective Order.

The proposed redactions to the Letter-Motion are limited to descriptions or quotations of the substance of Exhibits B through F; the remainder of the Letter-Motion, including Applicants'

[1] Exhibits B through F, as well as an unredacted copy of the Letter-Motion, are being filed under seal contemporaneously with this letter. The proposed redacted Letter-Motion is being filed publicly.

arguments and requested relief, is being filed publicly. Exhibit A (the text of Document Request Nos. 1 and 2 following the parties' negotiations and the Court's ruling in ECF 76) contains no Confidential Information and is being filed publicly.

Section 7.1 of the Protective Order requires a party filing Confidential Information to do so under seal or with narrowly tailored redactions, and to notify the Producing Party. ECF 63 § 7.1. Consistent with that provision and Rule 7(C)(i), Applicants conferred with counsel for the Silverpeak Parties, who requested the exhibits be filed under seal. Applicants also notified all parties that they must file, within three business days, a letter explaining the need to seal or redact these materials. Applicants do not oppose keeping the materials under seal for purposes of adjudication of their Letter-Motion.

Applicants thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Stephen R. Halpin III*
Stephen R. Halpin III

cc: All counsel of record (by ECF)

The motion to seal is granted temporarily. That said, mere agreement between the parties to keep a document confidential is not sufficient to keep a "judicial document" sealed or redacted. *See, e.g.*, *United States v. Wells Fargo Bank N.A.*, No. 12-CV-7527 (JMF), 2015 WL 3999074, at *4 (S.D.N.Y. June 30, 2015) (citing cases). Thus, if any party believes that the materials at issue should remain sealed or redacted, that party shall file a letter-motion, within three days and not to exceed three pages, showing why doing so is consistent with the presumption in favor of public access to judicial documents. *See generally Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). The Clerk of Court is directed to terminate ECF No. 79.

SO ORDERED.

October 20, 2026